1   JOHN L. BURRIS, Esq./State Bar # 69888
    LAW OFFICES OF JOHN L. BURRIS
2   7677 Oakport Street, Suite 1120
    Oakland, CA 94621
3   Telephone: (510) 839-5200
    Facsimile: (510) 839-3882
4   E-Mail: John.burris@johnburrislaw.com

5   GAYLA B. LIBET, Esq./State Bar # 109173
    LAW OFFICES OF GAYLA B. LIBET
6   486 41st Street, Suite 3
    Oakland, CA 94609
7   Telephone and Facsimile: (510) 420-0324
    E-Mail: Glibet@sbcglobal.net
8
    Attorneys for Plaintiff
9
    EUGENE B. ELLIOT, Esq./State Bar # 111475
10  MICHAEL C. WENZEL, Esq./State Bar # 215388
    BERTRAND, FOX & ELLIOT
11  2749 Hyde Street
    San Francisco, CA 94109
12  Telephone: (415) 353-0999
    Facsimile: (415) 353-0990
13  E-Mail: Mwenzel@bfesf.com

14  Attorneys for Defendant
    CONTRA COSTA
15  COMMUNITY COLLEGE DISTRICT

16              UNITED STATES DISTRICT COURT

17            NORTHERN DISTRICT OF CALIFORNIA

18
    RAYCHELLE WILLIAMS,                          Case No. 3:12-cv-01834-MEJ
19
            Plaintiff,                           **STIPULATED REQUEST TO EXTEND TIME TO**
20                                               **RESPOND TO COMPLAINT;**
    v.                                           [~~PROPOSED~~] ORDER
21
    CONTRA COSTA COMMUNITY COLLEGE
22  DISTRICT; a governmental entity; BOARD OF
    GOVERNORS OF CONTRA COSTA
    COMMUNITY COLLEGE DISTRICT, in its
23  capacity as the Board of Governors for
    CONTRA COSTA COMMUNITY COLLEGE
24  DISTRICT; HELEN BENJAMIN, in her
    capacity as· Chancellor for CONTRA COSTA
25  COMMUNITY COLLEGE DISTRICT;
    WILLIAM BELL, individually, and in his
26  capacity as a police officer for CONTRA
    COSTA COMMUNITY COLLEGE
    DISTRICT; and, DOES 1-25, inclusive,
27
            Defendants.
28

                                    1
    STIPULATED REQUEST TO EXTEND TIME TO RESPOND TO COMPLAINT; [PROPOSED] ORDER

**STIPULATION**

The parties in the above-captioned case, by and through their counsel of record, hereby represent to the Court as follows:

1.     On April 12, 2012, Plaintiff filed the Complaint initiating the above-captioned action against the CONTRA COSTA COMMUNITY COLLEGE DISTRICT ("DISTRICT").

2.     On April 23, 2012, Plaintiff served the Complaint on the CONTRA COSTA COMMUNITY COLLEGE DISTRICT, the BOARD OF GOVERNORS OF CONTRA COSTA COMMUNITY COLLEGE DISTRICT and HELEN BENJAMIN.

3.     Defendant OFFICER WILLIAM BELL was not personally served.  Counsel for the DISTRICT is seeking to obtain authorization to accept service of the complaint on behalf of OFFICER BELL. This stipulation is not submitted on his behalf.

4.     Defendant believes portions of plaintiff's complaint are subject to dismissal.  The parties are meeting and conferring regarding those causes of action in an attempt to avoid filing a motion to dismiss.

5.     To permit time for defense counsel to contact OFFICER BELL regarding service of the complaint, and to permit the parties additional time to meet and confer regarding the causes of action of action contained in the complaint, the parties stipulate to extend the time for defendants to respond to the Complaint through and including June 8, 2012.

**IT IS SO STIPULATED.**


Respectfully submitted,

LAW OFFICES OF GAYLA B. LIBET

Dated: 06-01-12                              By: /s/ *Gayla B. Libet, Esq.*
                                                          Gayla B. Libet, Esq.
                                                          Attorneys for Plaintiff

///

///

///

2

STIPULATED REQUEST TO EXTEND TIME TO RESPOND TO COMPLAINT; [PROPOSED] ORDER

1

LAW OFFICES OF JOHN L. BURRIS

2

Dated: 06-01-12

By: /s/ *John L. Burris, Esq.*

3

John L. Burris, Esq.
Attorneys for Plaintiff

4

5

6

BERTRAND, FOX & ELLIOT

7

Dated: 06-01-12

By: /s/ *Michael C. Wenzel, Esq.*

8

Michael C. Wenzel, Esq.
Attorneys for Defendants

9

10

11

### **ORDER**

12

Upon the foregoing Stipulation, and for good cause shown, IT IS ORDERED that the time for

13

Defendants CONTRA COSTA COMMUNITY COLLEGE DISTRICT, the BOARD OF GOVERNORS

14

OF CONTRA COSTA COMMUNITY COLLEGE DISTRICT and HELEN BENJAMIN to respond to

15

the Complaint shall be extended to June 8, 2012.

16

17

18

DATED: _____June 1_____, 2012

19

UNITED STATES DISTRICT COURT JUDGE

Judge Maria-Elena James

20

21

22

23

24

25

26

27

28

3

STIPULATED REQUEST TO EXTEND TIME TO RESPOND TO COMPLAINT; [PROPOSED] ORDER