| | |
|---|---|
| 1 | JOHN L. BURRIS, Esq./State Bar # 69888 |
| | LAW OFFICES OF JOHN L. BURRIS |
| 2 | 7677 Oakport Street, Suite 1120 |
| | Oakland, CA 94621 |
| 3 | Telephone: (510) 839-5200 |
| | Facsimile: (510) 839-3882 |
| 4 | E-Mail: John.burris@johnburrislaw.com |
| 5 | GAYLA B. LIBET, Esq./State Bar # 109173 |
| | LAW OFFICES OF GAYLA B. LIBET |
| 6 | 486 41st Street, Suite 3 |
| | Oakland, CA 94609 |
| 7 | Telephone and Facsimile: (510) 420-0324 |
| | E-Mail: Glibet@sbcglobal.net |
| 8 | |
| | Attorneys for Plaintiff |
| 9 | |
| | EUGENE B. ELLIOT, Esq./State Bar # 111475 |
| 10 | MICHAEL C. WENZEL, Esq./State Bar # 215388 |
| | BERTRAND, FOX & ELLIOT |
| 11 | 2749 Hyde Street |
| | San Francisco, CA 94109 |
| 12 | Telephone: (415) 353-0999 |
| | Facsimile: (415) 353-0990 |
| 13 | E-Mail: Mwenzel@bfesf.com |
| 14 | Attorneys for Defendant |
| | CONTRA COSTA |
| 15 | COMMUNITY COLLEGE DISTRICT |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYCHELLE WILLIAMS, | Case No. 3:12-cv-01834-MEJ |
| Plaintiff, | |
| v. | **STIPULATED REQUEST TO EXTEND TIME TO RESPOND TO COMPLAINT; [PROPOSED] ORDER** |
| CONTRA COSTA COMMUNITY COLLEGE DISTRICT; a governmental entity; BOARD OF GOVERNORS OF CONTRA COSTA COMMUNITY COLLEGE DISTRICT, in its capacity as the Board of Governors for CONTRA COSTA COMMUNITY COLLEGE DISTRICT; HELEN BENJAMIN, in her capacity as Chancellor for CONTRA COSTA COMMUNITY COLLEGE DISTRICT; WILLIAM BELL, individually, and in his capacity as a police officer for CONTRA COSTA COMMUNITY COLLEGE DISTRICT; and, DOES 1-25, inclusive, | |
| Defendants. | |

**STIPULATION**

The parties in the above-captioned case, by and through their counsel of record, hereby represent to the Court as follows:

1. On April 12, 2012, Plaintiff filed the Complaint initiating the above-captioned action against the CONTRA COSTA COMMUNITY COLLEGE DISTRICT ("DISTRICT").

2. On April 23, 2012, Plaintiff served the Complaint on the CONTRA COSTA COMMUNITY COLLEGE DISTRICT, the BOARD OF GOVERNORS OF CONTRA COSTA COMMUNITY COLLEGE DISTRICT and HELEN BENJAMIN.

3. Defendant OFFICER WILLIAM BELL was not personally served. Counsel for the DISTRICT is seeking to obtain authorization to accept service of the complaint on behalf of OFFICER BELL. This stipulation is not submitted on his behalf.

4. Defendant believes portions of plaintiff's complaint are subject to dismissal. The parties are meeting and conferring regarding those causes of action in an attempt to avoid filing a motion to dismiss.

5. To permit time for defense counsel to contact OFFICER BELL regarding service of the complaint, and to permit the parties additional time to meet and confer regarding the causes of action of action contained in the complaint, the parties stipulate to extend the time for defendants to respond to the Complaint through and including June 8, 2012.

**IT IS SO STIPULATED.**

Respectfully submitted,

LAW OFFICES OF GAYLA B. LIBET

Dated: 06-01-12      By: /s/ *Gayla B. Libet, Esq.*
      Gayla B. Libet, Esq.
      Attorneys for Plaintiff

///

///

///

|   |   |
|---|---|
|   | LAW OFFICES OF JOHN L. BURRIS |
| Dated: 06-01-12 | By: /s/ *John L. Burris, Esq.* |
|   | John L. Burris, Esq. |
|   | Attorneys for Plaintiff |
|   |   |
|   | BERTRAND, FOX & ELLIOT |
| Dated: 06-01-12 | By: /s/ *Michael C. Wenzel, Esq.* |
|   | Michael C. Wenzel, Esq. |
|   | Attorneys for Defendants |

## **ORDER**

Upon the foregoing Stipulation, and for good cause shown, IT IS ORDERED that the time for Defendants CONTRA COSTA COMMUNITY COLLEGE DISTRICT, the BOARD OF GOVERNORS OF CONTRA COSTA COMMUNITY COLLEGE DISTRICT and HELEN BENJAMIN to respond to the Complaint shall be extended to June 8, 2012.

DATED: June 1, 2012

_____
UNITED STATES DISTRICT COURT JUDGE
Judge Maria-Elena James

3
STIPULATED REQUEST TO EXTEND TIME TO RESPOND TO COMPLAINT; [PROPOSED] ORDER