UNITED STATES DISTRICT COURT

Northern District of California

RAYCHELLE WILLIAMS,

          Plaintiff,

  v.

WILLIAM BELL, et al.,

          Defendants.

_____/

No. CV12-1834 MEJ

**ORDER RE: TRIAL DATE**

      On July 20, 2012, the Court scheduled this matter for a jury trial, commencing on February 17, 2004. As February 17 is a court holiday, the trial shall commence on February 18. All other case management dates remain unchanged.

      **IT IS SO ORDERED.**

Dated: July 20, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge