JOHN L. BURRIS, Esq./State Bar # 69888
DeWITT M. LACY, Esq./State Bar # 258789
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
E-Mail: John.burris@johnburrislaw.com

GAYLA B. LIBET, Esq./State Bar # 109173
LAW OFFICES OF GAYLA B. LIBET
486 41st Street, Suite 3
Oakland, CA 94609
Telephone and Facsimile: (510) 420-0324
E-Mail: Glibet@sbcglobal.net

Attorneys for Plaintiff

EUGENE B. ELLIOT, Esq./State Bar No. 111475
MICHAEL C. WENZEL, Esq./State Bar # 215388
BERTRAND, FOX & ELLIOT
2749 Hyde Street
San Francisco, CA 94109
Telephone: (415) 353-0999
Facsimile: (415) 353-0990
E-Mail: Mwenzel@bfesf.com

Attorneys for Defendant
CONTRA COSTA
COMMUNITY COLLEGE DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYCHELLE WILLIAMS,<br><br>    Plaintiff,<br><br>v.<br><br>CONTRA COSTA COMMUNITY COLLEGE DISTRICT; a governmental entity; BOARD OF GOVERNORS OF CONTRA COSTA COMMUNITY COLLEGE DISTRICT, in its capacity as the Board of Governors for CONTRA COSTA COMMUNITY COLLEGE DISTRICT; HELEN BENJAMIN, in her capacity as· Chancellor for CONTRA COSTA COMMUNITY COLLEGE DISTRICT; WILLIAM BELL, individually, and in his capacity as a police officer for CONTRA COSTA COMMUNITY COLLEGE DISTRICT; and, DOES 1-25, inclusive,<br><br>    Defendants. | Case No. 3:12-cv-01834-MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER FOR PRIVATE MEDIATION AND TO EXTEND TIME FOR COMPLETION OF MEDIATION**<br><br>**Hon. Maria-Elena James** |

1

STIPULATION AND [PROPOSED] ORDER FOR PRIVATE
MEDIATION AND TO EXTEND TIME FOR COMPLETION OF MEDIATION

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties to the above-entitled action, by and through their respective counsel, as follows:

1. The parties agreed to and submitted their stipulation and proposed order selecting mediation as an ADR process pursuant to Northern District Civil Local Rule 16-8 and ADR Local Rule 3-5 on July 6, 2012.

2. On July 9, 2012, the parties were ordered to complete mediation within ninety (90) days from that date, or October 7, 2012, in accordance with ADR Local Rule 6-4 of the Northern District of California.

3. The parties met and conferred, and agreed to undergo private mediation in this matter with Charlotte M. Venner, Esq. of Venner ADR Mediation Services.

4. Prior to submitting a stipulation to the Court requesting private mediation, Linda McSweyn of the Law & Mediation Offices of Linda McSweyn was assigned to this case as the Mediator on August 7, 2012.

5. The parties have advised Ms. McSweyn that they discussed undergoing private mediation prior to her assignment as Mediator, and informed her of their intent to file the stipulation herein.

6. The parties have contacted Ms. Venner, and were informed that her calendar during October 2012 is quite full. In light of Ms. Venner's lack of availability, the parties have agreed to undergo mediation on November 12, 2012 and placed that date on hold with Ms. Venner pending this Court's approval of the parties' stipulation. The parties therefore respectfully request the Court provide them leave to complete private mediation by November 12, 2012.

**IT IS SO STIPULATED.**

                      Respectfully submitted,

                      LAW OFFICES OF GAYLA B. LIBET

Dated: 09-10-12                       By: /s/ *Gayla B. Libet, Esq.*
                                                            Gayla B. Libet, Esq.
                                                            Attorneys for Plaintiff

|   |   |
|---|---|
| | LAW OFFICES OF JOHN L. BURRIS |
| Dated: 9-10-12 | By: /s/ *DeWitt M. Lacy, Esq.* |
| | DeWitt M. Lacy, Esq. |
| | Attorneys for Plaintiff |
| | |
| | BERTRAND, FOX & ELLIOT |
| Dated: 9-10-12 | By: /s/ *Michael C. Wenzel, Esq.* |
| | Michael C. Wenzel, Esq. |
| | Attorneys for Defendants |

### [~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING THEREFOR, and the parties' having stipulated to same, the parties' stipulation is hereby APPROVED. The parties are referred to private mediation, to be completed by November 15, 2012.

Dated: September 11, 2012

_____
HONORABLE MARIA ELENA-JAMES
United States District Court Magistrate Judge