1  JOHN L. BURRIS, Esq./State Bar # 69888
   DeWITT M. LACY, Esq./State Bar # 258789
2  LAW OFFICES OF JOHN L. BURRIS
   7677 Oakport Street, Suite 1120
3  Oakland, CA 94621
   Telephone: (510) 839-5200
4  Facsimile: (510) 839-3882
   E-Mail: John.burris@johnburrislaw.com
5
   GAYLA B. LIBET, Esq./State Bar # 109173
6  LAW OFFICES OF GAYLA B. LIBET
   486 41st Street, Suite 3
7  Oakland, CA 94609
   Telephone and Facsimile: (510) 420-0324
8  E-Mail: Glibet@sbcglobal.net

9  Attorneys for Plaintiff

10 EUGENE B. ELLIOT, Esq./State Bar No. 111475
   MICHAEL C. WENZEL, Esq./State Bar # 215388
11 BERTRAND, FOX & ELLIOT
   2749 Hyde Street
12 San Francisco, CA 94109
   Telephone: (415) 353-0999
13 Facsimile: (415) 353-0990
   E-Mail: Mwenzel@bfesf.com

14 Attorneys for Defendant
   CONTRA COSTA
15 COMMUNITY COLLEGE DISTRICT

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18 RAYCHELLE WILLIAMS,                    | Case No. 3:12-cv-01834-MEJ

19        Plaintiff,                       | **STIPULATION AND [~~PROPOSED~~] ORDER FOR**
                                           | **PRIVATE MEDIATION AND TO EXTEND TIME**
20 v.                                      | **FOR COMPLETION OF MEDIATION**

21 CONTRA COSTA COMMUNITY COLLEGE
   DISTRICT; a governmental entity; BOARD OF
22 GOVERNORS OF CONTRA COSTA
   COMMUNITY COLLEGE DISTRICT, in its
   capacity as the Board of Governors for        | **Hon. Maria-Elena James**
23 CONTRA COSTA COMMUNITY COLLEGE
   DISTRICT; HELEN BENJAMIN, in her
24 capacity as· Chancellor for CONTRA COSTA
   COMMUNITY COLLEGE DISTRICT;
25 WILLIAM BELL, individually, and in his
   capacity as a police officer for CONTRA
26 COSTA COMMUNITY COLLEGE
   DISTRICT; and, DOES 1-25, inclusive,
27
          Defendants.
28

                                          1
─────────────────────────────────────────────────────────────

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties to the above-entitled action, by and through their respective counsel, as follows:

1.     The parties agreed to and submitted their stipulation and proposed order selecting mediation as an ADR process pursuant to Northern District Civil Local Rule 16-8 and ADR Local Rule 3-5 on July 6, 2012.

2.     On July 9, 2012, the parties were ordered to complete mediation within ninety (90) days from that date, or October 7, 2012, in accordance with ADR Local Rule 6-4 of the Northern District of California.

3.     The parties met and conferred, and agreed to undergo private mediation in this matter with Charlotte M. Venner, Esq. of Venner ADR Mediation Services.

4.     Prior to submitting a stipulation to the Court requesting private mediation, Linda McSweyn of the Law & Mediation Offices of Linda McSweyn was assigned to this case as the Mediator on August 7, 2012.

5.     The parties have advised Ms. McSweyn that they discussed undergoing private mediation prior to her assignment as Mediator, and informed her of their intent to file the stipulation herein.

6.     The parties have contacted Ms. Venner, and were informed that her calendar during October 2012 is quite full.  In light of Ms. Venner's lack of availability, the parties have agreed to undergo mediation on November 12, 2012 and placed that date on hold with Ms. Venner pending this Court's approval of the parties' stipulation.  The parties therefore respectfully request the Court provide them leave to complete private mediation by November 12, 2012.

**IT IS SO STIPULATED.**

Respectfully submitted,

LAW OFFICES OF GAYLA B. LIBET

Dated: 09-10-12                              By: /s/ *Gayla B. Libet, Esq.*
                                                   Gayla B. Libet, Esq.
                                                   Attorneys for Plaintiff

STIPULATION AND [PROPOSED] ORDER FOR PRIVATE
MEDIATION AND TO EXTEND TIME FOR COMPLETION OF MEDIATION

LAW OFFICES OF JOHN L. BURRIS

Dated: 9-10-12                                    By: /s/ *DeWitt M. Lacy, Esq.*
                                                          DeWitt M. Lacy, Esq.
                                                          Attorneys for Plaintiff


BERTRAND, FOX & ELLIOT

Dated: 9-10-12                                    By: /s/ *Michael C. Wenzel, Esq.*
                                                          Michael C. Wenzel, Esq.
                                                          Attorneys for Defendants


## ~~[PROPOSED]~~ ORDER

GOOD CAUSE APPEARING THEREFOR, and the parties' having stipulated to same, the parties' stipulation is hereby APPROVED.  The parties are referred to private mediation, to be completed by November 15, 2012.


Dated:   September 11, 2012          _____
                                                          HONORABLE MARIA ELENA-JAMES
                                                          United States District Court Magistrate Judge

STIPULATION AND [PROPOSED] ORDER FOR PRIVATE
MEDIATION AND TO EXTEND TIME FOR COMPLETION OF MEDIATION