JOHN L. BURRIS, Esq./State Bar # 69888
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
E-Mail: John.burris@johnburrislaw.com

GAYLA B. LIBET, Esq./State Bar # 109173
LAW OFFICES OF GAYLA B. LIBET
486 41st Street, Suite 3
Oakland, CA 94609
Telephone and Facsimile: (510) 420-0324
E-Mail: Glibet@sbcglobal.net

Attorneys for Plaintiff

EUGENE B. ELLIOT, State Bar No. 111475
MICHAEL C. WENZEL, Esq./State Bar # 215388
BERTRAND, FOX & ELLIOT
2749 Hyde Street
San Francisco, CA 94109
Telephone: (415) 353-0999
Facsimile: (415) 353-0990
E-Mail: Mwenzel@bfesf.com

Attorneys for Defendant
CONTRA COSTA
COMMUNITY COLLEGE DISTRICT

*GRANTED — Judge Maria-Elena James*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYCHELLE WILLIAMS,<br><br>     Plaintiff,<br><br>v.<br><br>CONTRA COSTA COMMUNITY COLLEGE DISTRICT; a governmental entity; BOARD OF GOVERNORS OF CONTRA COSTA COMMUNITY COLLEGE DISTRICT, in its capacity as the Board of Governors for CONTRA COSTA COMMUNITY COLLEGE DISTRICT; HELEN BENJAMIN, in her capacity as· Chancellor for CONTRA COSTA COMMUNITY COLLEGE DISTRICT; WILLIAM BELL, individually, and in his capacity as a police officer for CONTRA COSTA COMMUNITY COLLEGE DISTRICT; and, DOES 1-25, inclusive,<br><br>     Defendants. | Case No. 3:12-cv-01834-MEJ<br><br>**STIPULATION TO DISMISSAL**<br><br>**Hon. Maria-Elena James** |

1
STIPULATION TO DISMISSAL

**STIPULATION**

**TO THE COURT AND ALL PARTIES OF RECORD:**

Plaintiff RAYCHELLE WILLIAMS, by and through her attorneys of record, and defendant CONTRA COSTA COMMUNITY COLLEGE DISTRICT by and through its attorneys of record, hereby stipulate to dismissal of this action with prejudice, each party to bear its own attorneys fees and costs.

**IT IS SO STIPULATED.**

Respectfully submitted,

LAW OFFICES OF GAYLA B. LIBET

Dated: 01-25-13  By: /s/ *Gayla B. Libet, Esq.*
Gayla B. Libet, Esq.
Attorneys for Plaintiff


LAW OFFICES OF JOHN L. BURRIS

Dated: 01-25-13  By: /s/ *John L. Burris, Esq.*
John L. Burris, Esq.
Attorneys for Plaintiff


BERTRAND, FOX & ELLIOT

Dated: 01-25-13  By: /s/ *Michael C. Wenzel, Esq.*
Michael C. Wenzel, Esq.
Attorneys for Defendant
CONTRA COSTA
COMMUNITY COLLEGE DISTRICT