1  JOHN L. BURRIS, Esq./State Bar # 69888
   LAW OFFICES OF JOHN L. BURRIS
2  7677 Oakport Street, Suite 1120
   Oakland, CA 94621
3  Telephone: (510) 839-5200
   Facsimile: (510) 839-3882
4  E-Mail: John.burris@johnburrislaw.com

5  GAYLA B. LIBET, Esq./State Bar # 109173
   LAW OFFICES OF GAYLA B. LIBET
6  486 41st Street, Suite 3
   Oakland, CA 94609
7  Telephone and Facsimile: (510) 420-0324
   E-Mail: Glibet@sbcglobal.net
8
   Attorneys for Plaintiff
9
   EUGENE B. ELLIOT, State Bar No. 111475
10 MICHAEL C. WENZEL, Esq./State Bar # 215388
   BERTRAND, FOX & ELLIOT
11 2749 Hyde Street
   San Francisco, CA 94109
12 Telephone: (415) 353-0999
   Facsimile: (415) 353-0990
13 E-Mail: Mwenzel@bfesf.com

14 Attorneys for Defendant
   CONTRA COSTA
15 COMMUNITY COLLEGE DISTRICT

**GRANTED**
*Judge Maria-Elena James*

16                UNITED STATES DISTRICT COURT

17                NORTHERN DISTRICT OF CALIFORNIA

18
   RAYCHELLE WILLIAMS,                          Case No. 3:12-cv-01834-MEJ
19
         Plaintiff,                             **STIPULATION TO DISMISSAL**
20
   v.
21
   CONTRA COSTA COMMUNITY COLLEGE
22 DISTRICT; a governmental entity; BOARD OF    **Hon. Maria-Elena James**
   GOVERNORS OF CONTRA COSTA
   COMMUNITY COLLEGE DISTRICT, in its
23 capacity as the Board of Governors for
   CONTRA COSTA COMMUNITY COLLEGE
24 DISTRICT; HELEN BENJAMIN, in her
   capacity as· Chancellor for CONTRA COSTA
25 COMMUNITY COLLEGE DISTRICT;
   WILLIAM BELL, individually, and in his
26 capacity as a police officer for CONTRA
   COSTA COMMUNITY COLLEGE
27 DISTRICT; and, DOES 1-25, inclusive,

         Defendants.
28

                                    1
                         STIPULATION TO DISMISSAL

## STIPULATION

**TO THE COURT AND ALL PARTIES OF RECORD:**

Plaintiff RAYCHELLE WILLIAMS, by and through her attorneys of record, and defendant CONTRA COSTA COMMUNITY COLLEGE DISTRICT by and through its attorneys of record, hereby stipulate to dismissal of this action with prejudice, each party to bear its own attorneys fees and costs.

**IT IS SO STIPULATED.**

Respectfully submitted,

LAW OFFICES OF GAYLA B. LIBET

Dated: 01-25-13                    By: /s/ *Gayla B. Libet, Esq.*
                                   Gayla B. Libet, Esq.
                                   Attorneys for Plaintiff


LAW OFFICES OF JOHN L. BURRIS

Dated: 01-25-13                    By: /s/ *John L. Burris, Esq.*
                                   John L. Burris, Esq.
                                   Attorneys for Plaintiff


BERTRAND, FOX & ELLIOT

Dated: 01-25-13                    By: /s/ *Michael C. Wenzel, Esq.*
                                   Michael C. Wenzel, Esq.
                                   Attorneys for Defendant
                                   CONTRA COSTA
                                   COMMUNITY COLLEGE DISTRICT